DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JORGE HERMELO,**
Appellant,

v.

**CARMEN HERMELO,**
Appellee.

No. 4D19-639

[February 13, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Arthur M. Birken, Senior Judge; L.T. Case No. FMCE 01-000766.

Jorge Hermelo, Okeechobee, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***